1  BENJAMIN B. WAGNER
   United States Attorney
2  JEFFREY A. SPIVAK
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700

5  Attorneys for the United States

6

7

8           IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | 2:13-MC-00129-WBS-AC
12 | Plaintiff, | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE
13 | v. |
14 | APPROXIMATELY $9,948.00 IN U.S. CURRENCY, |
15 | |
16 | Defendant. |

17

18      It is hereby stipulated by and between the United States of America and Claimant Marek Brewer

19 ("Claimant"), by and through their respective counsel, as follows:

20      1.     On or about July 23, 2013, Claimant filed a claim in the administrative forfeiture

21 proceeding with the Drug Enforcement Administration with respect to the Approximately $9,948.00 in

22 U.S. Currency (hereafter "Defendant Currency"), which was seized on or about July 10, 2013.

23      2.     The Drug Enforcement Administration has sent the written notice of intent to forfeit

24 required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any

25 person to file a claim to the Defendant Currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person

26 other than Claimant has filed a claim to the Defendant Currency as required by law in the administrative

27 forfeiture proceeding.

28

                                    1

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the Defendant Currency and/or to obtain an indictment alleging that the Defendant Currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceeding, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline was December 20, 2013.

4. By Stipulation and Order filed December 18, 2013, the parties stipulated to extend to February 20, 2014, the time in which the United States is required to file a civil complaint for forfeiture against the Defendant Currency and/or to obtain an indictment alleging that the Defendant Currency is subject to forfeiture.

5. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to April 21, 2014, the time in which the United States is required to file a civil complaint for forfeiture against the Defendant Currency and/or to obtain an indictment alleging that the Defendant Currency is subject to forfeiture.

6. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the Defendant Currency and/or to obtain an indictment alleging that the Defendant Currency is subject to forfeiture shall be extended to April 21, 2014.

Dated: 2/14/14                    BENJAMIN B. WAGNER
                                  United States Attorney

                            By:   /s/ Jeffrey A. Spivak
                                  JEFFREY A. SPIVAK
                                  Assistant U.S. Attorney


Dated: 2/14/14                    /s/ Dietrich A. Lake
                                  DIETRICH A. LAKE
                                  Attorney for Claimant Marek Brewer
                                  (Authorized by email)

**IT IS SO ORDERED**.

Dated: February 18, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2

Stipulation and Order to Extend Time